The Honorable Ronald B. Leighton

FILED LODGED
RECEIVED
AUG 31 2011
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ELIZABETH CAMERON THOMPSON,<br><br>Plaintiff,<br>v.<br>GIERKE, CURWEN, P.S., a Washington Professional Services Corporation; MARK J. DYNAN, and CLARENCE JONES, JR., and their marital communities, if any,<br><br>Defendants. | No. 11-05463 RBL<br><br>STIPULATED MOTION AND ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL<br><br>[~~PROPOSED ORDE~~R] |

Pursuant to GR 2(g)(4)(A), Defendants Gierke, Curwen P.S. and Mark J. Dynan respectfully request, and counsel for all parties stipulate, that the Court enter an Order granting leave for:

1. David W. Silke, Monica T. Torrez, and Gordon & Rees, LLP to withdraw as counsel of record for Defendants Gierke, Curwen and Mark J. Dynan in this action;

2. Joel E. Wright, Michelle A. Corsi, Marc Rosenberg, and Lee Smart, P.S., Inc. to be substituted in their place as counsel of record for Defendant Gierke, Curwen, P.S. in the above-captioned proceeding without waiving any defenses, including but not limited to the defenses available by statute or court rule, except a defense based on lack of service or insufficiency or inadequacy of service; and,

3. Michael A. Griffin, David H. Black, and Jackson Lewis LLP to be substituted in their place as counsel of record for Defendant Mark J. Dynan in the above-captioned proceeding without waiving any defenses, including but not limited to the defenses available by statute or court rule, except a defense based on lack of service or insufficiency or inadequacy of service.

STIPULATED MOTION & ORDER FOR
WITHDRAWAL & SUBSTITUTION OF COUNSEL - 1
(11-05463 RBL)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1  GR 2(g)(4)(A) provides that leave for an attorney to withdraw "shall be obtained by filing
2  a motion or a stipulation and proposed order for withdrawal ... [which] shall also include a
3  certification that it has been served upon the client. The attorney will ordinarily be permitted to
4  withdraw until sixty days before the discovery cut off date in a civil case ... ." The Court has not
5  yet assigned a discovery cut off date in this case, and no discovery has been commenced to date.
6  As indicated in the attached Certificate of Service, a copy of this motion is concurrently being
7  served upon Defendants Gierke, Curwen, P.S. and Mark J. Dynan.
8  RESPECTFULLY SUBMITTED THIS 31st day of August, 2011.

| Withdrawing Attorneys for Defendants Gierke, Curwen, P.S. and Mark J. Dynan | Substituting Attorneys for Defendant Gierke, Curwen, P.S. |
|---|---|
| GORDON & REES LLP | LEE SMART, P.S., INC |
| s/David W. Silke | s/ Joel E. Wright |
| David W. Silke, WSBA #23761 | Joel E. Wright, WSBA #8625 |
| Monica T. Torrez, WSBA #38417 | Michelle A. Corsi, WSBA #24156 |
| 701 Fifth Avenue, Suite 2100 | Marc Rosenberg, WSBA #31034 |
| Seattle, WA 98104 | 701 Pike Street, Suite 1800 |
| Tel: 206-695-5100 | Seattle, WA 98101 |
| dsilke@gordonrees.com; | Tel: 206-627-7990 |
| mtorrez@gordonrees.com | jw@leesmart.com; mac@leesmart.com; mr@leesmart.com |

| Substituting Attorneys for Defendant Mark J. Dynan | Attorneys for Plaintiff |
|---|---|
| JACKSON LEWIS LLP | TELLER & ASSOCIATES, PLLC |
| s/ Michael A. Griffin | s/ Andrea Scheele |
| Michael A. Griffin, WSBA #29103 | Andrea Scheele, WSBA #36773 |
| David H. Black, WSBA#29183 | Stephen Teller, WSBA #23372 |
| 600 University Street, Suite 2900 | Sara Amies, WSBA #36626 |
| Seattle, WA 98101-4174 | Gregory Hitzel, WSBA #39348 |
| Tel: 206-405-0404 | andreas@stellerlaw.com |
| griffinm@jacksonlewis.com; | steve@stellerlaw.com, |
| blackd@jacksonlewis.com | sara@stellerlaw.com, steve@stellerlaw.com |

**Attorneys for Defendant Clarence Jones, Jr.**
DEARMIN FOGARTY PLLC
 s/ Paul E. Fogarty
Paul E. Fogarty, WSBA #26929
Diana M. Dearmin, WSBA #23996
pfogarty@dearminforgarty.com,
ddearmin@dearminfogarty.com

STIPULATED MOTION & ORDER FOR
WITHDRAWAL & SUBSTITUTION OF COUNSEL - 2
(11-05463 RBL)

**GORDON & REES LLP**
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER

Having considered the parties' requests and stipulation, IT IS SO ORDERED that:

1. David W. Silke, Monica T. Torrez, and Gordon & Rees, LLP shall withdraw as counsel of record for Defendants Gierke, Curwen and Mark J. Dynan in this action;

2. Joel E. Wright, Michelle A. Corsi, Marc Rosenberg, and Lee Smart, P.S., Inc. shall be substituted in their place as counsel of record for Defendant Gierke, Curwen, P.S. in the above-captioned proceeding without waiving any defenses, including but not limited to the defenses available by statute or court rule, except a defense based on lack of service or insufficiency or inadequacy of service; and

3. Michael A. Griffin, David H. Black, and Jackson Lewis LLP shall be substituted in their place as counsel of record for Defendant Mark J. Dynan in the above-captioned proceeding without waiving any defenses, including but not limited to the defenses available by statute or court rule, except a defense based on lack of service or insufficiency or inadequacy of service.

DATED this 31st day of August, 2011.

_____
The Honorable Ronald B. Leighton

Presented by:

GORDON & REES LLP

By _s / David W. Silke_
David W. Silke, WSBA #23761
Monica T. Torrez, WSBA #38417
Withdrawing attorneys for Defendants Gierke,
Curwen, P.S. and Mark J. Dynan

Approved as to form; Notice of presentation waived.

LEE SMART, P.S., INC

By _s/ Joel E. Wright_
Joel E. Wright, WSBA #8625
Michelle A. Corsi, WSBA #24156
Marc Rosenberg, WSBA #31034
Substituting Attorneys for Defendant Gierke, Curwen, P.S

STIPULATED MOTION & ORDER FOR
WITHDRAWAL & SUBSTITUTION OF COUNSEL - 3
(11-05463 RBL)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

```
 1   JACKSON LEWIS LLP
 2

 3   By  s/ David H. Black
         Michael A. Griffin, WSBA #29103
 4       David H. Black, WSBA #29183
 5       600 University Street, Suite 2900
         Seattle, WA 98101-4174
 6       Substituting Attorneys for Mark J. Dynan

 7   TELLER & ASSOCIATES, PLLC
 8

 9   By  s/ Andrea Scheele
         Andrea Scheele, WSBA #36773
10       Stephen Teller, WSBA #23372
11       Sara Amies, WSBA #36626
         Gregory Hitzel, WSBA #39348
12       Attorneys for Plaintiff

13
     DEARMIN FOGARTY PLLC
14

15
     By  Paul E. Fogarty
16       Paul E. Fogarty, WSBA #26929
         Diana M. Dearmin, WSBA #23996
17       Attorneys for Defendant Clarence Jones, Jr.

18

19

20

21

22

23

24

25

26

27

28   STIPULATED MOTION & ORDER FOR             GORDON & REES LLP
     WITHDRAWAL & SUBSTITUTION OF COUNSEL - 4  701 5th Avenue, Suite 2100
     (11-05463 RBL)                            Seattle, WA 98104
                                               Telephone: (206) 695-5100
                                               Facsimile: (206) 689-2822
```